IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIMES, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOME DEPOT, INC., ET AL. | : | NO. 02-CV-2774 |

<u>ORDER</u>

**AND NOW**, this _____ day of July 2002, it is **ORDERED** that the management track of this case shall be changed from "ARBITRATION" to "STANDARD." The Clerk shall modify the docket accordingly.

BY THE COURT:

_____
Berle M. Schiller, J.