IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARI & RICHARD HIMES | : | CIVIL ACTION |
| V. | : | |
| HOME DEPOT, USA, INC. | : | NO. 02-2774 |

### AMENDED SCHEDULING ORDER

AND NOW, this 3rd day of October, 2003, IT IS ORDERED that the April 2, 2003, Scheduling Order in the above-captioned matter is HEREBY AMENDED as follows:

1. A Final Pretrial Conference will be conducted in Chambers, Room 3041, United States Courthouse, at 9:30 a.m., January 12, 2004, with jury selection and trial to follow immediately thereafter.

2. TRIAL DATE:  **JANUARY 12, 2004, in Courtroom 5D**.

All other provisions of the Court's original scheduling order remain in effect.

BY THE COURT:

_____
Jacob P. Hart
UNITED STATES MAGISTRATE JUDGE

cc: Faxed to:
R. Stoloff, Esq.; K. Dubrow, Esq.