IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARI & RICHARD HIMES        :        CIVIL ACTION

v.        :

HOME DEPOT, USA, INC.        :        NO. 02-2774

**O R D E R**

AND NOW, this 13th day of January, 2004, upon consideration of the Defendant's Rule 50 Motion to dismiss the Plaintiffs' claim for loss of consortium, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE