IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARI & RICHARD HIMES | : | CIVIL ACTION |
| v. | : | |
| THE HOME DEPOT, USA, INC. | : | NO. 02-2774 |

**O R D E R**

AND NOW, this 14th day of January, 2004, upon consideration of the Defendant's Motion to strike the Plaintiff's theory of liability based on the alleged improper loading of the shopping cart, IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE