IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARI HIMES, et al.                :   CIVIL ACTION
                                  :
        v.                        :
                                  :
THE HOME DEPOT, USA., INC.        :   NO. 02-2774

## CIVIL JUDGMENT

Before the Honorable JACOB P. HART

AND NOW, this 14th day of January, 2004, in accordance with jury verdict ,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff Bari Himes and against defendant The Home Depot, USA, Inc., in the amount of $18,000, and in favor of defendant The Home Depot, USA, Inc., and against plaintiff Richard Himes.

BY THE COURT

ATTEST:


Deputy Clerk

Civ 1 (8/80)